**Order filed February 12, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00016-CR
_____

**WARREN L. HOUSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1386667**

## ABATEMENT ORDER

The clerk's record in this appeal was filed February 10, 2015. According to the record, appellant entered a plea of guilty, without an agreed recommendation on punishment, to aggravated robbery. On September 22, 2014, the trial court sentenced appellant to confinement for eighteen years in prison. Appellant filed a pro se motion for new trial and notice of appeal. No attorney has made an appearance on appeal on behalf of appellant. This court is unaware whether appellant is entitled to appointment of counsel. Accordingly, we enter the following order:

We ORDER the judge of the 208th District Court to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to appointed counsel on appeal. The judge shall appoint appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make any necessary findings of fact and conclusions of law and orders, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the court's order and any findings and conclusions. The transcribed record of the hearing, the supplemental clerk's record, and a videotape or compact disc, if any, containing a recording of any video teleconference shall be filed with the clerk of this court within **thirty days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental records are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM